# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### ABILENE DIVISION

| | | |
|---|---|---|
| RICHARD DEMORE, | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:15:CV-206-P-BL |
| | § | |
| HARTFORD ACCIDENT AND | § | |
| INDEMNITY COMPANY, | § | |
| CLIFFORD WALSH, AND KHANNA | § | |
| CARVER, | § | |
|     *Defendants*. | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff files this Notice of Settlement, and respectfully notifies the Court as follows:

1) On February 10, 2016, Plaintiff and Defendants entered into an agreement to settle this case.

2) The parties anticipate a Settlement Agreement will be signed by all parties within 60 days, if not before.

3) The parties anticipate that the Agreed Stipulation of Dismissal With Prejudice will be filed with the Court within 60 days.

        Respectfully submitted,

        **MOSTYN LAW**

        */s/ René M. Sigman*
        René M. Sigman
        State Bar No. 24037492
        rmsdocketefile@mostynlaw.com
        3810 W. Alabama Street
        Houston, Texas 77027
        (713) 714-0000 (Office)
        (713) 714-1111 (Facsimile)

        **ATTORNEY-IN-CHARGE FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument has been served on all counsel of record, pursuant to the Federal Rules of Civil Procedure, on this the 11th day of February, 2016, as follows:

        */s/ René M. Sigman*
        René M. Sigman